No. 578. UNITED STATES *v.* LIPPMANN, SPIER & HAHN. Application for reconsideration of order denying petition for writ of certiorari to the United States Court of Customs Appeals. November 27, 1922. *Per Curiam.* The application is denied for the reason that the provision of § 195 of the Judicial Code, as amended by the Act of August 22, 1914, c. 267, 38 Stat. 703, which prescribes the

time within which application may be made to this Court for a writ of certiorari, has been amended and limited by § 6 of the Act of September 6, 1916, c. 448, 39 Stat. 726, 727. *Mr. Solicitor General Beck* and *Mr. Assistant Attorney General Hoppin* for the United States. *Mr. George J. Puckhafer* for respondent. [See *ante,* 739.]